[No. 33387-9-I.    Division One.    November 21, 1994.]

FLORENCE McLEAN, *as Personal Representative,*
*Respondent*, v. BRUCE L. KOCH, ET AL, *Defendants*,
CHARLES HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 91-2-01293-4, David A. Nichols, J., entered
July 28, 1993. *Affirmed in part* and *reversed in part* by unpub-
lished per curiam opinion.

[No. 30258-2-I.    Division One.    November 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RAJ
ROBERSON, *Defendant*, ULYSSES HERBERT ROBERSON II,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 85-1-02416-4, Lloyd W. Bever, J., entered Febru-
ary 14, 1992. *Affirmed* by unpublished opinion per Webster,
C.J., concurred in by Kennedy and Becker, JJ.

[No. 31588-9-I.    Division One.    November 21, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN R.
SNEED, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-02759-0, Robert S. Lasnik, J., entered Octo-
ber 20, 1992. *Affirmed* by unpublished opinion per Grosse, J.,
concurred in by Baker, A.C.J., and Kennedy, J.